IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-300

| | |
|---|---|
| JAMES V. PARKER, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **ORDER** |
| PNC BANK, NATIONAL ASSOCIATION, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 9) and Memorandum in Support (Doc. No. 11). On April 15, 2014, this Court granted summary judgment on Defendant's counterclaim and directed Defendant to provide the Court with a more precise figure for the purposes of awarding a judgment (Doc. No. 12). The Court also directed the Clerk to withhold judgment until a more precise award could be made. (*Id.*) On April 29, Defendant filed its Response to the Court's inquiry (Doc. No. 13). Plaintiff was given a period of time in which to respond, but he failed to do so. (*See* Doc. No. 12).

In its filing, Defendant contends that Plaintiff is liable for $285,570.30, which represents the principal amount on the Note of $253,974.69, interest in the amount of $28,955.06, and late fees and other charges totaling $2,640.55. (Affidavit of Brian J. Arthur, Doc. No. 13-1). Defendant also contends that, pursuant to the terms of the Note, it is entitled to recover from Plaintiff the costs and expenses of enforcing the Note, which costs total $15,142.50. (Affidavit of Karen H. Chapman, Doc. No. 13-2). The Court has reviewed the Note, the affidavits, and the other documents attached to Defendant's filing and, in connection with the findings and

conclusions made in its previous order (Doc. No. 12), the Court finds that Defendant is entitled to the damages as requested.

**IT IS THEREFORE ORDERED** that Plaintiff is liable to the Defendant for $285,570.30, which represents the principal amount on the Note of $253,974.69, interest in the amount of $28,955.06, and late fees and other charges totaling $2,640.55. Plaintiff is also liable to Defendant for attorneys' fees in the amount of $15,142.50. Post-judgment interest shall accrue on the entire judgment at the rate specified under 28 U.S.C. § 1961 from the date of entry of this judgment until paid in full.

The Clerk of Court is directed to enter judgment in accordance with this order and close this civil case.

**SO ORDERED.**

*[Signature]*

Graham C. Mullen
United States District Judge